UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jason Burns,

        Plaintiff,

vs.

Commercial Recovery Systems, Inc., *a foreign corporation*, and Heritage Pacific Financial, LLC, *a foreign limited liability company*,

        Defendant.

Case No. 14-cv-01211 (RHK/LIB)

**SATISFACTION OF JUDGMENT**
(as to Commercial Recovery Systems, Inc. only)

      **PLEASE TAKE NOTICE**, Plaintiff Jason Burns, the judgment creditor herein, by and through his undersigned attorney, hereby states and affirms that the judgment entered in the above-captioned action, in favor of Jason Burns against defendant Commercial Recovery Systems, Inc. on May 16, 2014, has been fully paid and satisfied. The Clerk of Court for the United States District Court, District of Minnesota is hereby authorized to file this Satisfaction of Judgment and discharge the Judgment as to Commercial Recovery Systems, Inc. only.

                                          MARSO AND MICHELSON, P.A.

Dated: October 8, 2014        By:   *s/Marcus J. Hinnenthal*
                                          Marcus J. Hinnenthal (#0386756)
                                          William C. Michelson (#129823)
                                          3101 Irving Avenue South
                                          Minneapolis, Minnesota 55408
                                          (612) 821-4817
                                          *Attorneys for Plaintiff*